427 A.2d 245

W. T. Kratovil, Inc., etc. v. Feldstein et ux., Appellants.

Reargument Denied Aug. 4, 1980.

Argued November 13, 1979. Stanley M. Stein, for appellants; William C. Bartley, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

427 A.2d 245

Mifflin Shops, Inc., et al. v. Deiseroth et ux., Appellant.

Mifflin Shops, Inc., et al., Appellants v. Deiseroth et ux.

Argued November 12, 1979. Wray G. Zelt, III, for appellants at No. 318 and for appellees at Nos. 332 and 437. James H. McCune, submitted a brief on behalf of appellants at Nos. 332 and 437 and appellees at No. 318.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

The granting of specific performance of the contract is affirmed. The claim for damages by the plaintiff-appellant, Staudt, in his cross-appeal, is denied.